```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 06 B 14994
    LISA D SMITH
                                                  CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES

           Debtor
    SSN XXX-XX-1815


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/15/06 and confirmed on 03/23/07.

    2.  The case was dismissed after confirmation, 10/26/2007.

    3.  The Debtor paid a total of $   1500.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| APOLLO PROCESSING | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 57.78 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 1216.47 | .00 | .00 |
| COMMERCIAL SERVICE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| UNITED LEGAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY SELECT | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS CONSOLIDATED PU | UNSECURED | NOT FILED | .00 | .00 |
| CBA COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1258.16 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 195.22 | .00 | .00 |
| GENEVA ROTH VENTURES | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | 259.04 | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| HINCKLEY SPRING WATER CO | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 1070.19 | .00 | .00 |
| ACCTS RECEIVABLE TECHNOL | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL FIDELITY CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 319.31 | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SWISS COLONY | UNSECURED | NOT FILED | .00 | .00 |

```
TCF BANK                    UNSECURED       NOT FILED             .00           .00
TREMONT FINANCIAL           UNSECURED       NOT FILED             .00           .00
ASSET ACCEPTANCE CORP       UNSECURED          152.72             .00           .00
PREMIER BANKCARD/CHARTER    UNSECURED          546.36             .00           .00
COUNTRY DOOR                UNSECURED           91.97             .00           .00
SEVENTH AVENUE              UNSECURED          461.69             .00           .00
     Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00       5628.91          .00       5628.91
PRINCIPAL PAID          .00           .00           .00          .00           .00
INTEREST PAID           .00           .00           .00          .00           .00
TOTAL PAID              .00           .00           .00          .00           .00
```

The Debtor's attorney, FELD & KORRUB LLC              , was allowed $   3000.00
and was paid $    500.00  direct and $   1443.00  through the plan.

The Trustee received $      57.00 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/14/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 14994 LISA D SMITH